THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL KATER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>Defendant. | Case No. 15-cv-00612 MJP<br><br>**STIPULATION AND PROPOSED ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND OTHER DEADLINES**<br><br>Note on Motion Calendar:<br><br>June 1, 2015 |

On May 11, 2015, this Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 11). That Order set the following deadlines:

- Deadline for FRCP 26(f) Conference: 6/8/2015
- Initial Disclosures Pursuant to FRCP 26(a)(1): 6/15/2015
- Combined Joint Status Report and Discovery Plan: 6/22/2015

The current response deadline for Plaintiff's initial complaint is June 30, 2015. Counsel for Defendant Churchill Downs Incorporated ("CDI") has conferred with counsel for Plaintiff, and indicated that CDI intends to file a motion to dismiss. Therefore, in the interest of judicial economy, the parties believe that the FRCP 26(f) conference, initial disclosures, and joint status report should be postponed for 60 days to allow the Parties to complete briefing on CDI's motion to dismiss, should CDI pursue such a motion. The parties respectfully request that the Court extend the Rule 26 deadlines by 60 days.

STIPULATION AND PROPOSED ORDER REGARDING
INITIAL DISCLOSURES, JOINT STATUS REPORT, AND
OTHER DEADLINES - PAGE - 1
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

| | | |
|---|---|---|
| 1 | Dated: June 1, 2015. | Respectfully submitted, |
| 2 | | By: */s/ Brooke A. M. Taylor* |
| | | Brooke A. M. Taylor, WSBA #33190 |
| 3 | | E. Lindsay Calkins, WSBA #44127 |
| | | Susman Godfrey L.L.P. |
| 4 | | 1201 Third Avenue, Suite 3800 |
| | | Seattle, WA 98101-3000 |
| 5 | | Telephone: (206) 516-3880 |
| | | Facsimile: (206) 516-3883 |
| 6 | | Email: btaylor@susmangodfrey.com |
| | | lcalkins@susmangodfrey.com |

Robert Rivera (*Pro Hac Vice Pending*)
Susman Godfrey L.L.P.
1000 Louisiana Street, Ste. 5100
Houston, TX 77002-5096
Telephone: (713) 653-7809
Facsimile: (713) 654-6666
Email: rrivera@SusmanGodfrey.com

*Counsel for Defendant*

By: */s/ Benjamin H. Richman*
Clifford A. Cantor, WSBA #17893
Law Offices of Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, WA 98074-7033
Telephone: (425) 868-7813
Facsimile: (425) 732-3752
Email: cliff.cantor@outlook.com

EDELSON PC
Rafey S. Balabanian
(Admitted Pro Hac Vice)
Benjamin H. Richman
(Admitted Pro Hac Vice)
Amir C. Missaghi
(Admitted Pro Hac Vice)
Courtney C. Booth
(Admitted Pro Hac Vice)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
Email: rbalabanian@edelson.com
brichman@edelson.com
amissaghi@edelson.com
cbooth@edelson.com

*Counsel for Plaintiff*

STIPULATION AND PROPOSED ORDER REGARDING
INITIAL DISCLOSURES, JOINT STATUS REPORT, AND
OTHER DEADLINES - PAGE - 2
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

# ORDER

Based upon the above stipulation, the Court hereby extends the deadlines set forth in the May 11, 2015 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 11) as follows:

| | |
|---|---|
| FRCP 26(f) Conference: | August 7, 2015 |
| Initial Disclosures: | August 14, 2015 |
| Joint Status Report and Discovery Plan: | August 21, 2015 |

DATED this ___ day of _____ 2015.

_____
THE HONORABLE MARSHA J. PECHMAN
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REGARDING
INITIAL DISCLOSURES, JOINT STATUS REPORT, AND
OTHER DEADLINES - PAGE - 3
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883