THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL KATER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>Defendant. | Case No. 15-cv-00612 MJP<br><br>**DECLARATION OF E. LINDSAY CALKINS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

I, E. Lindsay Calkins, declare as follows:

1. I am an active member of the State Bar of Washington and an attorney with the law firm of Susman Godfrey L.L.P. I am one of the attorneys representing Defendant Churchill Downs Incorporated ("Churchill Downs") in this matter. I am over the age of 18 and competent to testify to the facts stated herein. I submit this declaration in support of Defendant's Motion to Dismiss.

2. Attached as **Exhibit 1** is a true and correct copy of the Washington State Gambling Commission's presentation "Social Gaming," dated May 9, 2013, available at http://www.wsgc.wa.gov/agenda/2013/may-social-gaming-presentation.pdf (accessed June 30, 2015).

DECLARATION OF E. LINDSAY CALKINS - 1
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

3. Attached as **Exhibit 2** is a true and correct copy of the Washington State Gambling Commission Meeting Minutes, dated May 9, 2013, available at http://www.wsgc.wa.gov/minutes/2013/may-2013-minutes.pdf (accessed June 30, 2015).

4. Attached as **Exhibit 3** is a true and correct copy of the Washington State Gambling Commission's pamphlet "Online Social Gaming: When is it Legal? What to Consider," available at http://www.wsgc.wa.gov/publications/brochures/5-027-online-social-gaming.pdf (accessed June 30, 2015).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 30th day of June, 2015, at Seattle, Washington.

*/s/ E. Lindsay Calkins*
E. Lindsay Calkins

DECLARATION OF E. LINDSAY CALKINS - 2
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated this 30th day of June, 2015.

/s/  E. Lindsay Calkins

CERTIFICATE OF SERVICE - 1
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883