THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHERYL KATER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>Defendant. | Case No. 15-cv-00612 MJP<br><br>**STIPULATION AND [Proposed] ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: Wednesday, July 15, 2015 |

Defendant Churchill Downs Inc. filed its motion to dismiss on June 30, 2015. (Dkt. 24.) Pursuant to LCR 7(d)(3), Plaintiff's deadline to file opposition papers is July 20, 2015 and Defendant's deadline to file any reply papers is currently July 24, 2015. With the benefit of Defendant's Motion to Dismiss having been filed, the Parties have agreed to continue their dialogue regarding their respective claims and defenses. Accordingly, in order to complete those discussions and allow Plaintiff time to respond as necessary to the arguments raised in the motion to dismiss, the Parties have further conferred and agreed to ask the Court to extend the briefing schedule on the motion as follows:

- Plaintiff's deadline to file opposition papers shall be August 7, 2015;
- Defendant's deadline to file reply papers shall be August 28, 2015; and
- The noting date shall be August 28, 2015.

STIP. AND [Proposed] ORDER
TO EXTEND BRIEFING SCHEDULE
No. C15-612 MJP

- 1 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

| | |
|---|---|
| 1 | |
| 2 | The Parties respectfully ask the Court to enter the order below setting this briefing schedule. |
| 3 | Dated: July 15, 2015 |

The Parties respectfully ask the Court to enter the order below setting this briefing schedule.

Dated: July 15, 2015                    Respectfully submitted,

By:    *s/ Cliff Cantor*
Cliff Cantor, WSBA #17893
Law Offices of Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, WA 98074-7033
Telephone: (425) 868-7813
Facsimile: (425) 732-3752
Email: cliff.cantor@outlook.com

EDELSON PC
Rafey S. Balabanian (Admitted Pro Hac Vice)
Benjamin H. Richman (Admitted Pro Hac Vice)
Amir C. Missaghi (Admitted Pro Hac Vice)
Courtney C. Booth (Admitted Pro Hac Vice)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile:  (312) 589-6378
Email: rbalabanian@edelson.com
         brichman@edelson.com
         amissaghi@edelson.com
         cbooth@edelson.com

*Counsel for Plaintiff*


By:    *s/ Broke A. M. Taylor*
Brooke A. M. Taylor, WSBA #33190
E. Lindsay Calkins, WSBA #44127
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883
Email: btaylor@susmangodfrey.com
         lcalkins@susmangodfrey.com

Robert Rivera (Admitted Pro Hac Vice)
Susman Godfrey L.L.P.
1000 Louisiana Street, Ste. 5100

STIP. AND [Proposed] ORDER
TO EXTEND BRIEFING SCHEDULE            - 2 -
No. C15-612 MJP

Law Offices of
Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

Houston, TX  77002-5096
Telephone: (713) 653-7809
Facsimile:  (713) 654-6666
Email:  rrivera@SusmanGodfrey.com

*Counsel for Defendant*

[Proposed] **ORDER**

Based upon the above stipulation, the Court hereby extends the briefing deadlines for Defendant's Motion to Dismiss (Dkt. 24) as follows:

- Plaintiff's deadline to file opposition papers shall be August 7, 2015;
- Defendant's deadline to file reply papers shall be August 28, 2015; and
- The Noting Date shall be August 28, 2015.

**IT IS SO ORDERED**.

DATED this ___ day of _____ 2015.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Cliff Cantor, WSBA #17893
Law Offices of Clifford A. Cantor, P.C.
Counsel for Plaintiff

s/ Brooke A. M. Taylor, WSBA #33190
Susman Godfrey L.L.P.
Counsel for Defendant

Certificate of Service

I certify that, on the date stamped above, I caused this document to be filed with the Clerk of the Court using the CM/ECF system, which will email notice of filing to counsel for all parties.
                              s/ Cliff Cantor, WSBA #17893

STIP. AND [Proposed] ORDER
TO EXTEND BRIEFING SCHEDULE
No. C15-612 MJP

- 3 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752