THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHERYL KATER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>Defendant. | Case No. 15-cv-00612 MJP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND OTHER DEADLINES**<br><br>NOTE ON MOTION CALENDAR: Aug. 5, 2015 |

Defendant Churchill Downs Inc. filed its motion to dismiss on June 30, 2015. (Dkt. 24.) Pursuant to this Court's Order dated July 16, 2014, Plaintiff's deadline to file opposition papers is August 7, 2015 and Defendant's deadline to file any reply papers is August 28, 2015. (Dkt. 27.) Since Defendant filed its motion to dismiss, Plaintiff has worked diligently to review, analyze, and respond to Defendant's arguments. In addition, the Parties have engaged in dialogue regarding their respective claims and defenses. Notwithstanding, Plaintiff's counsel have numerous professional obligations that conflict with the briefing schedule. As such, the parties have conferred and agreed to ask the Court to extend the briefing schedule on the motion as follows:

- Plaintiff's deadline to file opposition papers shall be August 14, 2015;
- Defendant's deadline to file reply papers shall be September 4, 2015; and
- The notice date shall be September 4, 2015.

STIPULATION AND ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND OTHER DEADLINES   - 1
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

In addition, on June 2, 2015, this Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. No. 23. That Order set the following deadlines:

- FRCP 26(f) Conference: 08/07/2015
- Initial Disclosures Pursuant to FRCP 26(a)(1): 08/14/2015
- Combined Joint Status Report and Discovery Plan: 08/21/2015

In the interest of judicial economy, the parties believe that the FRCP 26(f) conference, initial disclosures, and joint status report deadlines should be postponed to allow the Parties to complete briefing on CDI's motion to dismiss and to provide the Court an opportunity to consider the motion. The parties have conferred and agreed and respectfully request that the Court extend the Rule 26 deadlines as follows:

FRCP 26(f) Conference: September 28, 2015

Initial Disclosures: October 5, 2015

Joint Status Report and Discovery Plan: October 12, 2015

Dated: August 5, 2015.                              Respectfully submitted,

By: */s/ Brooke A. M. Taylor*
Brooke A. M. Taylor, WSBA #33190
btaylor@susmangodfrey.com
E. Lindsay Calkins, WSBA #44127
lcalkins@susmangodfrey.com
**Susman Godfrey L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
P: (206) 516-3880

Robert Rivera (*Pro Hac Vice Pending*)
rrivera@SusmanGodfrey.com
**Susman Godfrey L.L.P.**
1000 Louisiana Street, Ste. 5100
Houston, TX  77002-5096
P:  (713) 653-7809

*Attorneys for Defendant*

STIPULATION AND ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND OTHER DEADLINES   - 2
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

| | |
|---|---|
| Dated: August 5, 2015 | By: */s/ Cliff Cantor*<br>Cliff Cantor, WSBA #17893<br>Law Offices of Clifford A. Cantor, P.C.<br>627 208th Avenue SE<br>Sammamish, WA  98074-7033<br>Telephone: (425) 868-7813<br>Facsimile: (425) 732-3752<br>Email: cliff.cantor@outlook.com<br><br>EDELSON PC<br>Rafey S. Balabanian (Admitted Pro Hac Vice)<br>Benjamin H. Richman (Admitted Pro Hac Vice)<br>Amir C. Missaghi (Admitted Pro Hac Vice)<br>Courtney C. Booth (Admitted Pro Hac Vice)<br>350 North LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br>Facsimile:  (312) 589-6378<br>Email: rbalabanian@edelson.com<br>        brichman@edelson.com<br>        amissaghi@edelson.com<br>        cbooth@edelson.com<br><br>*Counsel for Plaintiff* |

STIPULATION AND ORDER REGARDING
INITIAL DISCLOSURES, JOINT STATUS
REPORT, AND OTHER DEADLINES   - 3
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

**ORDER**

Based upon the above stipulation, the Court hereby extends the parties' deadlines as follows:

| | |
|---|---|
| Plaintiff's deadline to file opposition papers | August 14, 2015 |
| Defendant's deadline to file reply papers | September 4, 2015 |
| Notice date of motion to dismiss | September 4, 2015 |
| FRCP 26(f) Conference: | September 28, 2015 |
| Initial Disclosures: | October 5, 2015 |
| Joint Status Report and Discovery Plan: | October 12, 2015 |

SO ORDERED.

DATED this ___ day of August, 2015

_____
THE HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Cliff Cantor, WSBA # 17893
Law Offices of Clifford A. Cantor, P.C.

s/ Brooke A. M. Taylor, WSBA #33190
Susman Godfrey L.L.P.

Certificate of Service

I certify that, on the date stamped above, I caused this document to be filed with the Court using the CM/ECF system, which will provide notice of filing to all parties via email to their counsel of record.

s/ Cliff Cantor, WSBA # 17893

STIPULATION AND ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND OTHER DEADLINES   - 4
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883