THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL KATER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>Defendant. | Case No. 15-cv-00612 MJP<br><br>**STIPULATION AND ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND OTHER DEADLINES**<br><br>Note on Motion Calendar:<br>September 16, 2015 |

On August 6, 2015, this Court issued an Order setting the following deadlines:

- Deadline for FRCP 26(f) Conference:   September 28, 2015
- Initial Disclosures Pursuant to FRCP 26(a)(1):   October 5, 2015
- Combined Joint Status Report and Discovery Plan:   October 12, 2015

Dkt. No. 29. Briefing on Defendant Churchill Downs Incorporated's Motion to Dismiss, Dkt. No. 24, is due to be completed on September 18, 2015. *See* Dkt. No. 31. In the interest of judicial economy, the parties believe that the FRCP 26(f) conference, initial disclosures, and joint status report and discovery plan should be postponed until the Court has an opportunity to consider and rule on the pending Motion to Dismiss. The parties therefore respectfully ask the Court to postpone the deadline for the FRCP 26(f) conference until 14 days after the Court's order on the Motion to dismiss, the deadline for initial disclosures until 7 days thereafter, and the deadline for the joint status report and discovery plan until 7 days after initial disclosures are made.

STIPULATION AND ORDER REGARDING
INITIAL DISCLOSURES, JOINT STATUS
REPORT, AND OTHER DEADLINES  - 1
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

1

2  Dated: September 17, 2015                Respectfully submitted,

3                                           By: */s/ Brooke A. M. Taylor*
                                            Brooke A. M. Taylor, WSBA #33190
                                            btaylor@susmangodfrey.com
4                                           E. Lindsay Calkins, WSBA #44127
                                            lcalkins@susmangodfrey.com
5                                           **Susman Godfrey L.L.P.**
                                            1201 Third Avenue, Suite 3800
6                                           Seattle, WA  98101-3000
                                            P: (206) 516-3880
7
                                            Robert Rivera (*Admitted Pro Hac Vice*)
8                                           rrivera@SusmanGodfrey.com
                                            **Susman Godfrey L.L.P.**
9                                           1000 Louisiana Street, Ste. 5100
                                            Houston, TX  77002-5096
10                                          P:  (713) 653-7809

11                                          *Attorneys for Defendant*

12                                          /s/ *Cliff Cantor*
                                            Cliff Cantor
13                                          **Law Offices of Clifford A. Cantor, PC**
                                            627 208th Avenue SE
14                                          Sammamish, Washington 98074
                                            P: (425) 868-7813
15                                          cliff.cantor@outlook.com

16                                          /s/ *Benjamin H. Richman*
                                            Benjamin H. Richman
17                                          Courtney C. Booth
                                            **Edelson PC**
18                                          350 North LaSalle Street, Suite 1300
                                            Chicago, Illinois 60654
19                                          P: (312) 589-6370
                                            brichman@edelson.com
20                                          cbooth@adelson.com

21                                          *Attorneys for Plaintiff Cheryl Kater*

22

23

24

25

26

27

STIPULATION AND ORDER REGARDING              SUSMAN GODFREY L.L.P.
INITIAL DISCLOSURES, JOINT STATUS            1201 Third Avenue, Suite 3800
REPORT, AND OTHER DEADLINES  - 2             Seattle, WA 98101-3000
Case No. 15-cv-00612 MJP                     Tel: (206) 516-3880; Fax: (206) 516-3883

# ORDER

Based upon the above stipulation, the Court hereby extends the deadlines as follows:

| | |
|---|---|
| FRCP 26(f) Conference: | 14 days after the date of the order on Defendant's Motion to Dismiss |
| Initial Disclosures: | 7 days after FRCP 26(f) Conference |
| Joint Status Report and Discovery Plan: | 7 days after Initial Disclosures |

IT IS SO ORDERED.

DATED this 17th day of September, 2015

_____
Marsha J. Pechman
Chief United States District Judge

STIPULATION AND ORDER REGARDING
INITIAL DISCLOSURES, JOINT STATUS
REPORT, AND OTHER DEADLINES   - 3
Case No. 15-cv-00612 MJP

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883