THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYL KATER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>Defendant. | Case No. 15-cv-00612 MJP<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>NOTE ON MOTION CALENDAR:<br>October 14, 2015 |

Plaintiff Cheryl Kater ("Plaintiff") and Defendant Churchill Downs Incorporated ("Defendant"), pursuant to Fed. R. Civ. P. 6(b), hereby respectfully move the Court to enter an Order continuing Plaintiff's deadline to file a motion for class certification until the parties' initial status conference, during which the parties can discuss a briefing schedule and submit proposals in their joint status report. In support of the instant motion, the parties state as follows:

1. Plaintiff filed her class action complaint on April 17, 2015. (Dkt. 1.)

2. Pursuant to Local Rule 23(i)(3), Plaintiff's deadline to file a motion for class certification is October 14, 2015.

3. On June 30, 2015, Defendant filed its motion to dismiss (Dkt. 24), which the parties completed briefing on September 18, 2015. (Dkts. 32, 35.)

STIP. & ORDER re. MOT. FOR CLASS CERT.
Case No. 15-cv-00612 MJP                -1-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-2752

4. Given the early stage of the case and complexity of the issues presented in the complaint, and in the interests of judicial economy, the parties stipulated to extend their deadlines to participate in a Rule 26(f) conference, exchange initial disclosures, and file a joint status report and discovery plan until the Court has had an opportunity to rule on Defendant's motion, which this Court entered on September 17, 2015. (Dkts. 33, 34.)

5. Because Plaintiff has not yet had the opportunity to conduct discovery and the Court is required to conduct a "'rigorous analysis' of each Rule 23(a) factor when determining whether plaintiffs seeking class certification have met the requirements of Rule 23," *see Ellis v. Costco Wholesale Corp.*, 657 F.3d 970, 980 (9th Cir. 2011), Plaintiff requires an extension of her deadline to file a motion for class certification.

6. Plaintiff has conferred with Defendant and Defendant does not oppose Plaintiff's request to continue Plaintiff's deadline to file a motion for class certification until the parties' initial status conference, at which time the parties can discuss a briefing schedule and submit proposals for inclusion in the joint status report.

7. Based on the foregoing, good cause exists to grant the instant motion and the relief requested is not sought for any improper purpose.

The parties respectfully ask the Court to enter an Order continuing Plaintiff's deadline to file a motion for class certification until a date to be determined at the parties' initial status conference and as reflected in the parties' joint status report.

Dated: October 14, 2015                           Respectfully submitted,

                                                  By:  *s/ Cliff Cantor*
                                                  Cliff Cantor, WSBA #17893
                                                  Law Offices of Clifford A. Cantor, P.C.
                                                  627 208th Avenue SE
                                                  Sammamish, WA 98074-7033
                                                  Tel:  (425) 868-7813
                                                  Fax:  (425) 732-3752
                                                  Email: cliff.cantor@outlook.com

                                                  Edelson PC
                                                  Rafey S. Balabanian (Admitted Pro Hac Vice)

STIP. & ORDER re. MOT. FOR CLASS CERT.
Case No. 15-cv-00612 MJP                          -2-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-2752

Benjamin H. Richman (Admitted Pro Hac Vice)
Amir C. Missaghi (Admitted Pro Hac Vice)
Courtney C. Booth (Admitted Pro Hac Vice)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel:   (312) 589-6370
Fax:   (312) 589-6378
Email: rbalabanian@edelson.com
       brichman@edelson.com
       amissaghi@edelson.com
       cbooth@edelson.com

*Counsel for Plaintiff*

Dated: October 14, 2015

Respectfully submitted,

By: *s/ Brooke A.M. Taylor*
Brooke A. M. Taylor, WSBA #33190
btaylor@susmangodfrey.com
E. Lindsay Calkins, WSBA #44127
lcalkins@susmangodfrey.com
**Susman Godfrey L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
P: (206) 516-3880

Robert Rivera (*Pro Hac Vice Pending*)
rrivera@SusmanGodfrey.com
**Susman Godfrey L.L.P.**
1000 Louisiana Street, Ste. 5100
Houston, TX 77002-5096
P: (713) 653-7809

*Attorneys for Defendant*

## ORDER

Based upon the above-stipulated motion, the Court hereby continues Plaintiff's deadline to file a motion for class certification until the parties' initial status conference, during which the parties can discuss a briefing schedule and submit proposals in their joint status report.

DATED this 15th day of October, 2015

THE HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

STIP. & ORDER re. MOT. FOR CLASS CERT.
Case No. 15-cv-00612 MJP                    -3-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-2752

1  Presented by:

2  Cliff Cantor, WSBA # 17893
   Law Offices of Clifford A. Cantor, P.C.

3  One of Counsel for Plaintiff

4

5  **Certificate of Service**

6  I certify that, on the date stamped above, I filed this document with the Clerk of the Court using the CM/ECF system, which will serve all parties by emailing notice of the filing to their

7  counsel of record.

                                  s/ Cliff Cantor, WSBA # 17893

STIP. & ORDER re. MOT. FOR CLASS CERT.
Case No. 15-cv-00612 MJP
-4-
LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-2752