UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 2 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHERYL KATER, individually and on behalf of all others similarly situated, | No.   16-35010 |
| Plaintiff-Appellant, | D.C. No. 2:15-cv-00612-MJP Western District of Washington, Seattle |
| v. | |
| CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, | ORDER |
| Defendant-Appellee. | |

Before:  M. SMITH and MURGUIA, Circuit Judges, and ROBRENO,[*] District Judge.

Defendant-Appellee's unopposed motion for an extension of time within which to file a petition for rehearing or petition for rehearing en banc is GRANTED.  Any petition shall be filed no later than May 11, 2018.

---

[*] The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.