|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 12 2018 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CHERYL KATER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff-Appellant,<br><br>  v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>       Defendant-Appellee. | No.   16-35010<br><br>D.C. No. 2:15-cv-00612-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

Before:  M. SMITH and MURGUIA, Circuit Judges, and ROBRENO,[*] District Judge.

The panel has unanimously voted to deny the petition for panel rehearing. Judges M. Smith and Murguia voted to deny the petition for rehearing en banc, and Judge Robreno so recommended.  The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on it.  Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are DENIED.

Defendant-Appellee's motion for judicial notice is DISMISSED AS MOOT.

---

[*] The Honorable Eduardo C. Robreno, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.