UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHERYL KATER, individually and on behalf of all others similarly situated,

        Plaintiff - Appellant,

v.

CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,

        Defendant - Appellee.

No. 16-35010

D.C. No. 2:15-cv-00612-MJP
U.S. District Court for Western Washington, Seattle

**MANDATE**

The judgment of this Court, entered March 28, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $88.00.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Craig Westbrooke
        Deputy Clerk
        Ninth Circuit Rule 27-7