# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 15-cv-00612-RBL<br><br>**DECLARATION OF TODD LOGAN** |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>*Defendants*. | No. 19-cv-00199-RBL<br><br>**DECLARATION OF TODD LOGAN** |

DECLARATION OF TODD LOGAN
Case Nos. 15-CV-612, 19-CV-199 - i

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

1. I am an attorney at Edelson PC, which has been retained to represent Plaintiffs Cheryl Kater, Suzie Kelly, and Manasa Thimmegowda in the above-captioned matters. I am entering this declaration in opposition to Defendants' Motion for Protective Order Pursuant to Rule 23(d). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Neither I nor anyone else at my law firm received any pop-up related phone calls from putative class members on December 30 or December 31, 2019. By contrast, beginning at approximately 3:45 p.m. on January 21, 2020, my direct phone line was flooded with calls and voicemails from putative class members requesting representation and/or further information.

3. On January 22, 2020, my firm established www.nocasinoarbitration.com. Later that evening, at approximately 11:00 p.m., my firm began running internet banner advertisements pointing toward www.nocasinoarbitration.com.

4. When a putative class member navigates to www.nocasinoarbitration.com and fills out the six fields of information and then clicks "sign and send," a postcard is automatically mailed from a third-party facility to Big Fish Games' legal department.

5. Since its launch, more than 2,500 individuals have utilized www.nocasinoarbitration.com to send "opt-out" letters to Big Fish Games' legal department.

6. I have repeatedly asked Defendants' counsel to provide specific information regarding their allegation that "one [unidentified] user reported receiving a call from" an attorney at Plaintiffs' counsel's law firm, and that attorney "disparaged the games and referred to a class action lawsuit," so as to allow a substantive response. Defendants' counsel have steadfastly refused to provide any further information.

7. Neither I nor anyone at my firm have cold-called any putative class members in these cases.

DECLARATION OF TODD LOGAN
Nos. 15-CV-612 AND 19-CV-199- 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

8. Attached hereto as Exhibit 1 is a true and accurate copy of an exemplar of the postcards that are automatically mailed from a third-party facility to Big Fish Games' legal department when putative class members fill out the six fields on www.nocasinoarbitration.com and then click "sign and send."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2020 at San Francisco, California.

/s/ Todd Logan
Todd Logan

DECLARATION OF TODD LOGAN
Nos. 15-CV-612 AND 19-CV-199- 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992