JOHN DOE
123 FAKE STREET
SEATTLE, WA 98101

xxxxxx
*************************************

BIG FISH GAMES, INC.
906 ALASKAN WAY STE 700
SEATTLE, WA 98104-1010

**VIA MAIL**

Big Fish Games, Inc.
Attn: Legal Department
906 Alaskan Way, Suite 700
Seattle, Washington 98104

**Re: Big Fish Terms of Use (Arbitration and Class Action Waiver)**

Big Fish Games Legal Department:

**I do not agree to resolve any disputes with Big Fish Games, or any companies related to Big Fish Games, by arbitration, nor do I agree to waive my right to participate in any class action litigation related to Big Fish Games.**

*John Doe*

John Doe

IP: 96.90.87.1

02/10/20 04:53PM

123 Fake Street

Seattle, Washington 98101