# Exhibit B




Edelson P.C. - Have you seen this pop up? You can protect... | Facebook

Case 2:15-cv-00612-RSL   Document 171-2   Filed 02/14/20   Page 3 of 7



3 Replies

**Jen Palma** Jennifer Pritchard
2w

**Jennifer Pritchard** Jen Palma did you sign it?
2w

**Jen Palma** Jennifer Pritchard no I didn't
2w

**Sara Brown** Make sure you go on the Edelson website and opt out...if you don't, you won't get a refund if big fish loses the lawsuit
2w

**Mary Lynn Lundgren Yarter** Not sure I understand.
2w

**Kristen Yarter Deuter** Mary Lynn Lundgren Yarter I've never seen this, have you?
2w

**Mary Lynn Lundgren Yarter** Kristen Yarter Deuter No.
2w

**Sara Brown** Hi Mary big fish is being sued on the basis that it illegal gambling and should be regulated. If they lose, since it would be illegal gambling, every single person who ever spent money would be eligible for a refund. To save their skin, bf sent out tha   See More
2w

**Jennifer Winton** According to the terms of you opt out you can't play on the app.
2w

**Sara Brown** You can play if you opt out. I've not only read the fine print, the court transcripts where the judge said so, and the court transcripts where big fish said so, but I've also spoken with the attorneys just to be 100% sure. And I am absolutely certain you CAN STILL PLAY if you opt out.
2w

**Jill Parker** I won't opt out,as I want some money back. I just won't play
2w

**Sara Brown** If you want a refund you HAVE TO OPT OUT. The opt out letter is to say "I don't agree to give up my rights to sue and get a refund"
2w

**Kim Beauregard** Have to okay this or won't let you play
2w

**Sara Brown** Hi Kim, yes.. that's what the Edelson website is all about. The opt out is to say "even though I clicked agree I don't really agree" Opting out makes it so it's like we never agreed. We can still get a refund if bf loses the lawsuit AND we can still play the game.
2w

**Alex Bat** if you used money on this app you're basically asking to be scammed and i won't feel bad for your stupidity
2w

**George Fisher** No
2w

**Lisa Neal** I say this site just takes your money for fake chips. You buy & buy and they just take your money. Its a BIG R POFF. Been playing this game since 2009
2w

**Gennifer Rose Froelich** I wanna opt out how do I but still play
2w

Edelson P C - Have you seen this pop up? You can protect | Facebook

Case 2:15-cv-00612-RSL   Document 171-2   Filed 02/14/20   Page 4 of 7



that big fish is illegal gambling. If big fish loses, everyone who bought chips would be entitled to a refund because companies a... See More

**TVW.ORG**
watch – TVW, Washington States' Public Affairs Network

2w

Debbie Navarra Sara Brown thank you for this video my choice was made burn fish 🧑‍🚒 go down in flames 🔥

2w

Debbie Navarra Crystal Lynn

2w

Sara Brown You're welcome Debbie!

2w

Geraldine Spady I spent$ for games it was taken off my bank card but never received the chips

2w

Sara Brown Make sure you submit the opt out form! That way if big fish loses the lawsuit you can get a refund!

2w

W Allen Jones Arbitration clauses are favored under federal law.

2w

Sara Brown True as that may be, that is only when it's in the best interest of all parties involved. Arbitra ion is ONLY IN BIG FISH'S best interest in this situation. As it stands, if a consumer has an issue with big fish they can settle that issue in arbitration at THEIR OWN EXPENSE where they'd have to PAY $250 just to start the arbitration. Plus they'd have to pay all their own travel expenses and such. And they'd be taking on an entire corporation with a team of VERY EXPENSIVE AND KNOWLEDGEABLE attorneys....good luck winning in arbitration after you've fished out all that money to arbitrate. Next option, is to sue as an individual...which means hiring your own lawyer AT YOUR OWN EXPENSE to take on big fish's team of VERY EXPENSIVE lawyers. So, as wealthy as some of big fish's customers may be....I doubt may have the funds to take on a BILLION DOLLAR CORPORATION. And the final option is a class action lawsuit. In a class action lawsuit, the individuals NEVER pay a penny out of pocket and COLLECTIVELY join with all of the other players and team up against big fish....which gains the interest of big law firms like Edelson who say "we'll take the case on a contingency basis" meaning they don't charge a dime unless they win the case they they are awards their fees once the case is settled! BY AGREEING TO BIG FISH'S ARBITRATION CLAUSE AND NOT OPTING OUT, ppl are eliminating themselves from ever being a part of a class action lawsuit and are essentially eliminating themselves from EVER being able to fight big fish and get any money back EVER! Because unless someone is a BILLIONAIRE they cannot possibly afford to arbitrate with big fish or sue big fish independently. So yes, while courts DO want ppl to work things out in arbitration IF THEY CAN BE WORKED OUT IN ARBITRATION the courts DO NOT want ppl to give up their rights and simply roll over to these big corporations.

2w

Kathy Bright Wow what's happening crazy losing a lot players. Do they



**stopped. Lol**

2w

**Kellie Lynn Schwankl** I'm tier 9 on1 player n 10 on the other

2w

**Kellie Lynn Schwankl** Bf just a rip off

2w

**Claudia Stuckman - Koenig** I filled it out twice. Haven't received a confirmation.

👍❤ 3

2w

**Annmarie Griffin** Claudia Stuckman - Koenig me neither Claudia, I'm wondering if this too is a scam, and I filled out all my info! 😳

👍 1

2w

**Claudia Stuckman - Koenig** Annmarie Griffin no it's not . I just got my confirmation. I guess they might need a minute with all the response they are getting.

👍 1

2w

**Belinda A Engstrom** Claudia Stuckman - Koenig you should get another letter from this law firm about other house bills BFC on the band wagon to put thru so they won't be held liable, fill them out please,, n if you don't think it went thru edelson will answer their phone,, my smart phone wouldn't let me put the state in but I was able to on my lap top, but you should get some kinda confirmation

2w

**Belinda A Engstrom** Annmarie Griffin no it should work but I had a glitches on my smart phone but my laptop with windows 10 was able to complete it

2w

**Claudia Stuckman - Koenig** Belinda A Engstrom I got the confirmation letter that they send to big fish . So everything worked out fine. I'm glad I found this because BF is ripping people of left and right.
Case and point " your piggy bank" you plaid and earned those chips. I … See More

2w

**Sara Brown** I received my confirmation the following day after it was mailed…

2w

**Sara Brown**

Edelson P C - Have you seen this pop up? You can protect | Facebook

Case 2:15-cv-00612-RSL   Document 171-2   Filed 02/14/20   Page 6 of 7



