The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 15-cv-00612-RBL<br><br>**DECLARATION OF SUZIE KELLY** |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>*Defendants*. | No. 19-cv-00199-RBL<br><br>**DECLARATION OF SUZIE KELLY** |

DECLARATION OF SUZIE KELLY
Case Nos. 15-CV-612, 19-CV-199 - i

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

1. This declaration is based upon my personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. I am over the age of eighteen, and I am a named plaintiff in *Kater et al. v. Churchill Downs Inc. et al.*, No. 15-cv-612 (W.D. Wash.).

3. I believe that each statement I made in the PBS NewsHour video contained in Plaintiffs' Motion for Certification of a Rule 23(b)(2) Class and for Preliminary Injunction is true and accurate.

4. Often when I asked Big Fish to ban my account, my "VIP Host" responded by giving me more chips to keep playing.

5. My membership in Big Fish Casino's VIP program meant that I had a personal concierge who would answer questions, solve problems, and respond to complaints. My VIP host was also authorized to "comp" me with free chips.

6. In my experience, VIP Hosts often encourage players to continue purchasing chips in order to maintain certain status levels and treatment, offer sales designed to entice people to buy more chips when people stop spending, and try to talk people out of quitting the game. I strongly believe that is because VIP hosts are paid on commission.

7. I have lost well over $300,000 to Big Fish Casino. I believe I was taken advantage of by Defendants' predatory practices and I feel strongly that Defendants should be enjoined from taking advantage of other members of the proposed Injunction Class.

8. I understand that I must act as a fiduciary to the class, and that my duties in this case will involve producing documents and sitting for a deposition.

//

DECLARATION OF SUZIE KELLY
Nos. 15-CV-612 AND 19-CV-199- 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1 I declare under penalty of perjury that the foregoing is true and correct.

4 Executed on February 20, 2020 at Plano, Texas.

*Suzie Kelly*
Suzie Kelly

DECLARATION OF SUZIE KELLY
Nos. 15-CV-612 AND 19-CV-199- 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992