UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHERYL KATER, individually and on behalf of all others similarly situated; SUZIE KELLY, individually and on behalf of all other similarly situated,<br><br>        Plaintiffs-Appellants,<br><br>  v.<br><br>CHURCHILL DOWNS, INC., a Kentucky corporation; BIG FISH GAMES, INC., a Washington corporation,<br><br>        Defendants-Appellees. | No. 19-36091<br><br>D.C. No. 2:15-cv-00612-RBL<br>Western District of Washington, Seattle<br><br>ORDER |
| CHERYL KATER, individually and on behalf of all others similarly situated; SUZIE KELLY, individually and on behalf of all other similarly situated,<br><br>        Plaintiffs-Appellees,<br><br>  v.<br><br>CHURCHILL DOWNS, INC., a Kentucky corporation; BIG FISH GAMES, INC., a Washington corporation,<br><br>        Defendants-Appellants. | No. 20-35042<br><br>D.C. No. 2:15-cv-00612-RBL |

Before:  CANBY, GOULD, and WATFORD, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over

these appeals because the orders challenged in the appeals are not appealable under

28 U.S.C. § 1292(a)(1).  *See Gon v. First State Ins. Co.*, 871 F.2d 863, 865 (9th

Cir. 1989) ("an order by a court that regulates the conduct of the litigation . . . is

not considered an injunction for purposes of appellate jurisdiction."); *see also* Fed.

R. Civ. P. 23(d) (in conducting a class action the district court may issue orders

governing notice provided to class members); *Wang v. Chinese Daily News, Inc.*,

623 F.3d 743, 756 (9th Cir. 2010) ("Rule 23(d) gives district courts the power to

regulate the notice and opt-out processes and to impose limitations when a party

engages in behavior that threatens the fairness of the litigation"), *vacated on other*

*grounds*, 565 U.S. 801 (2011).  Consequently, these appeals are dismissed for lack

of jurisdiction.

**DISMISSED.**