# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

### AT TACOMA

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation,<br><br>     Defendants. | Case No.: 2:15-cv-00612-RBL<br><br>**DECLARATION OF LINDSEY BARNHART IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO COMPEL ARBITRATION** |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>     Defendants. | Case No.: 2:19-cv-00199-RBL<br><br>**DECLARATION OF LINDSEY BARNHART IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO COMPEL ARBITRATION** |

I, Lindsey Barnhart, hereby declare as follows:

1. I am an attorney at the law firm of Covington & Burling LLP. I am one of the attorneys representing Defendants Big Fish Games, Inc., Aristocrat Technologies, Inc., and Aristocrat Leisure Limited, in the above-captioned action. I submit this declaration in support of Defendants' Renewed Motion to Compel Arbitration. I make this declaration based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the May 9, 2019 Declaration of Jason Willig in Support of Big Fish Games, Inc.'s and Churchill Downs Inc.'s Motion to Compel Arbitration and its supporting Exhibits A & B, *Kater* Dkts. 101–101-2.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the October 25, 2019 Declaration of David Grossman in Support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order and Limited Relief from Litigation Stay and its supporting Exhibits A, B, C, D, & E, *Kater* Dkts. 128–128-5.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed this 9th day of April, 2020, in Palo Alto, California.

_____
Lindsey Barnhart