# EXHIBIT A

---

**Dent Doc**             Nov 21, 2018 13:03

I want to speak to your supervisor.

Also why are my support tickets getting deleted?

&gt; On Nov 21, 2018, at 2:50 PM, Big Fish Casino &lt;support@bigfishcasino.zendesk.com&gt; wrote:

&gt;

&gt; I want to speak to your supervisor

---

████             Nov 21, 2018 15:25

Hello Dent,

I'm ████ an Account Specialist from Seattle. Thanks for writing in. I'm so sorry to hear that your Casino experience has become less than positive lately.

I wanted to let you know that we received your other submitted ticket(s) and for your convenience, I've combined them here so that your questions will be answered in one easy to find e-mail going forward.

We want you to get the most enjoyment you can while playing Big Fish Casino. I recommend checking out this help article for helpful tips, tricks, and information about our Odds:

Odds

Since every player's chances remain the same, and Customer Support can't change the odds, I will be unable to respond to any additional emails about the odds in our games. Any other tickets we receive in the next several days about the odds will also not receive a response.

That said, if any billing or technical issues arise, we'll be happy to help as best we can.

Per our Terms of Use, we are unable to issue refunds for chips or gold bars once they have been used, and you have our deepest apologies for the inconvenience this may cause. More information about our Terms of Use can be found here:

Terms of Use

I do also want to note that filing chargebacks or requesting refunds for purchases where the currency has already been used in-app is against our Terms of Use and can result in an account block or ban.

I hope this helps.

Best wishes,

████

www.BigFishGames.com
Swimming in the pond Tuesday - Saturday