# EXHIBIT B

|*|*|*|*|*|*|*|*|*|*|*|*|*|*|*|*|*|*|*|*|*|

Ticket Info below:

**Ticket ID:** 1738275, **Submitter:** Suzie Kelly, **Submitter email:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Ticket Created (Pacific time): 2019-03-02 11:47:51

BFC Friend Code: 25241003 JMS Friend Code: None

Browser Info if known: None

Device type if known: None

Device type if known:

Ticket Subject: Re: [Big Fish Games] Re: Re: [Big Fish Games] Re: Re: [Big Fish Games] Re: Re: [Big Fish Games] Re: Re: [Big Fish Games] Re: Re: [Big Fish Games] Re: Re: [Big Fish Games] R...

Public reply from: Suzie Kelly

Message sent at: 2019-03-02 11:47:51

This is a follow-up to your previous request #1736190 "Re: [Big Fish Games] Re: Re..."

I'm saddened by the treatment I've received. I'm 100% positive the slots are fixed against me. As I can't hit ANYTHING!

When I leave a room and try to get into another one, I'm directed back to the same room over and over and over.

My slots mess up continually with rooms flashing over and over. I've reported it, you all don't care.

You guys took everything I have. I mean EVERYTHING!! And don't care.

I ask for a small amount of chips and you refuse and give me the runaround. And you don't care.

I'm passed from vip host to vip host when I write in like some joke. I was made promises by your vip hosts that were all lies.

You removed my status privileges. For what???

It's obvious you don't care about me anymore.

I'll find someone who does care.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Public reply from: ▮▮▮▮▮▮

Message sent at: 2019-03-02 12:20:12

Hey there Suzie!

This is ▮▮▮▮ from Seattle. Thanks for writing in today.

I'm sorry to hear that you're seeing the same players in rooms as of late. Players are currently matched at tables based on similar game play style.

I understand that it's important to interact with new players, so I recommend taking a break from certain slots and giving others a try to match you with different players. If you'd like to play with friends, you can also create your own Private Tables so that you can all be in one room as well.

I took a look into your account information, and it looks like the 25241003 Friend Code is currently part of our Weekly Purchase Plan. Per the terms agreed to when joining, we're unable to add complimentary spins or chips on top of that plan. This is because the value of the plan is far greater than what we can personally offer. If you have any billing or technical issues though, please let me know and I'd be happy to take a look.

The Moderation team is a separate entity from Customer Support, so we must trust and abide by the decisions they make. That said, we recommend that players avoid using language in chat, player statuses, or profile pictures that may be inappropriate, or call unwanted attention to others, which includes Big Fish Games.

I'd also recommend taking a look at our Terms of Use to ensure that you don't ever have to worry about this sort of thing in the future.

Terms of Use

Thank you Suzie, I hope this helps to make today a wonderfully winning day!

Best fishes-wishes,

▮▮▮▮

www.BigFishGames.com
Splashin' in the pond Tuesday-Saturday