# EXHIBIT C

**Cheryl Kater** May 30, 9:39 AM

Sent from XFINITY Connect Mobile App

------ Original Message ------

From: ▇▇▇▇▇▇
To: Jpc
Sent: May 30, 2018 at 12:36 PM
Subject: Case 972007 atten: Kelly

Here is the profile pic of the man that sent me his "privates" to my messages.As I stated, I do have the actual picture of what he sent me, but I will not send this picture unless I have written authority by you to do so.The fact that my autistic daughter had to see it is terrible enough.As I stated in my previous email, what he did is a federal offense&I want him reported to the proper authorities.If you decide to do it, I will need to see a copy of the report please.If you decide not to, I will file a report; But as I stated, I will need his I.P. address to do so.I do hope you work with me on reporting him and when you see the picture you will understand why.If you had a 15 year old daughter that was subjected to it I am sure you would feel the same.As I stated, I am hoping you will be cooperative with me in regards to providing me with his I.P. address if you decide not to report him yourself.If I have to get my attorney to get the information I will do so.I will NOT allow him to keep up his disgusting behavior and will NOT let anyone else's child be subjected to it again.

If you need the actual picture, please let me know if you want it to go this address or go to someone more private within your business.I don't want one of your innocent employees to be unknowingly subjected to such material.This was a man I did not know, he sent it to me randomly, and I obviously have never responded to him or chatted with him.Unfortunately, my autistic 15 year old daughter saw it before I did.

As I stated earlier, if you are going to allow kids who are 14 years old to play, you need to have stronger filters somehow.Having to try to explain to my daughter on why a man would do that was not an easy conversation.Explaining it to my ex husband was an even harder conversation.It is something that nobody should be subjected to.The fact he started a club named "Thick Richard's naughty slots" should have been a red flag to someone there.

Again, thank you for your prompt response to this matter.

Cheryl Kater

Sent from XFINITY Connect Mobile App

▇▇▇▇▇▇ Jun 2, 1:06 PM

Hello Cheryl,

My name is ▇▇▇▇, and I'm an account specialist here at Big Fish. Thanks for getting in touch with us.

I'm sorry to hear that you've recently received an inappropriate image from another Jackpot Magic Slots player in your Inbox, as well as some unfriendly comments in Club chat. I've passed the information you provided along to our Moderation team, so please rest assured that they will investigate these incidents and take action in accordance with our policies and Terms of Use.

We are unable to discuss personal information from any other player's account, just as we would never share your information with anyone else. That

being said, you are welcome to report the matter directly to law enforcement; our policies are to comply with valid legal process issued by law enforcement.

Thank you again for reaching out to us about this, Cheryl, and I hope you're having a wonderful weekend so far.

Best,

███████

www.BigFishGames.com
Swimmin' In the Pond Tuesday - Saturday