**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 2:15-cv-00612-RBL<br><br>**DECLARATION OF TODD LOGAN** |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>*Defendants*. | No. 2:19-cv-00199-RBL<br><br>**DECLARATION OF TODD LOGAN** |

DECLARATION OF TODD LOGAN
NOS. 15-CV-00612; 19-CV-00199-RBL- i

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

1. I am an attorney at Edelson PC, which has been retained to represent Plaintiffs in the above-captioned matters. I am entering this declaration in support of Plaintiffs' Response to Defendants' Renewed Motion to Compel Arbitration.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as Exhibit 1 is a true and accurate copy of an email I received from Emily Henn, counsel for Big Fish Games, Inc. Ms. Henn represented that "Big Fish Games, Inc. agrees that under Rule 19(a)(1)(A) and (B)(i) it is a necessary party to the above-captioned case."

4. Attached hereto as Exhibit 2 is a true and accurate copy of an email I sent on February 28, 2019 to Matthew Berry, then-counsel for Churchill Downs Incorporated. My email flagged "the addition of Ms. Kelly as a plaintiff" in Plaintiff Kater's proposed amended complaint. My email cc'd Emily Henn, counsel for Big Fish Games, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2020 at San Francisco, California.

/s/ Todd Logan

DECLARATION OF TODD LOGAN
NOS. 15-CV-00612; 19-CV-00199-RBL- 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992