# EXHIBIT 1



# Letter regarding Kater v. Churchill Downs, No. 15-cv-612 (W.D. Wash)

**Henn, Emily** <ehenn@cov.com>  Mon, Feb 25, 2019 at 4:41 PM
To: Todd Logan <tlogan@edelson.com>
Cc: Rafey Balabanian <rbalabanian@edelson.com>, Brandt Silver-Korn <bsilverkorn@edelson.com>

Dear Todd,

In response to your February 22, 2019 letter, Big Fish Games, Inc. agrees that under Rule 19(a)(1)(A) and (B)(i) it is a necessary party to the above-captioned case in which your client seeks, among other things, an injunction to stop the operation of its Big Fish Casino games. I am available tomorrow after 2:00 or Wednesday at 11 or after 2:30 and suggest we schedule a call to discuss.

Regards,

Emily

**Emily Johnson Henn**

Covington & Burling LLP
3000 El Camino Real, 5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
T +1 650 632 4715 | ehenn@cov.com
www.cov.com

**COVINGTON**

[Quoted text hidden]