# EXHIBIT 2



# Kater v. CDI: Request for Stipulation

**Todd Logan** <tlogan@edelson.com>  Thu, Feb 28, 2019 at 4:33 PM
To: "Matthew R. Berry" <mberry@susmangodfrey.com>
Cc: Steven Seigel <SSeigel@susmangodfrey.com>, "Henn, Emily" <ehenn@cov.com>, Rafey Balabanian <rbalabanian@edelson.com>, Brandt Silver-Korn <bsilverkorn@edelson.com>, Janissa Strabuk <jstrabuk@tousley.com>, "Tammie J. DeNio" <tdenio@susmangodfrey.com>

No problem, Matt. Redline attached -- there's a fair bit of red, but as you'll notice, the claims and core allegations remain identical. There are three material amendments, in our view:

1. The addition of Big Fish as a defendant;
2. The addition of Ms. Kelly as a plaintiff; and
3. A pared down Prayer for Relief.

Hope this helps.

Todd

[Quoted text hidden]

📄 **Kater-CDI Draft FAC Redline.pdf**
9241K