The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 15-cv-00612-RBL<br><br>**STIPULATED MOTION AND PROPOSED ORDER STAYING CASE PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Noting Date: June 2, 2020 |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>*Defendants*. | No. 19-cv-00199-RBL<br><br>**STIPULATED MOTION AND PROPOSED ORDER STAYING CASE PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Noting Date: June 2, 2020 |

Stipulated Motion and [Proposed] Order
Case Nos. 15-cv-612, 19-cv-199  - i

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

# I. STIPULATED MOTION FOR STAY

The Parties have reached a binding agreement in principle to settle these cases on a nationwide, class action basis. Among other provisions, the agreement provides for:

- The establishment of a $155 million non-reversionary settlement fund;
- A release of claims by settlement class members who do not timely exclude themselves from the settlement; and
- Prospective measures.

In order to provide the Parties sufficient time to reduce their agreement to a complete class action settlement agreement, and to provide Plaintiffs sufficient time to prepare a motion for preliminary approval, the Parties jointly seek a stay of these cases through July 23, 2020, by which time the Parties anticipate that Plaintiff will have filed preliminary approval papers.

Consequently, pursuant to Local Civil Rule 10(g), the Parties respectfully request that the Court grant this stipulation and enter the attached [Proposed] Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 2nd day of June, 2020.

TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Cecily C. Shiel*
Cecily C. Shiel, WSBA #50061
cshiel@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600/Fax: 206.682.2992

EDELSON PC
Rafey Balabanian (*admitted pro hac vice*)
rbalabanian@edelson.com
Todd Logan (*admitted pro hac vice*)
tlogan@edelson.com
Brandt Silver-Korn (*admitted pro hac vice*)
bsilverkorn@edelson.com
123 Townsend Street, Ste. 100
San Francisco, California 94107
Tel: 415.638.9660/Fax: 415.373.9435
*Attorneys for Plaintiffs and the Putative Class*

Stipulated Motion and [Proposed] Order
Nos. 15-CV-612 AND 19-CV-199- 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1
2
3
4
5
6
7
8

COVINGTON & BURLING LLP

By: *s/  Emily Johnson Henn*
Emily Johnson Henn (*pro hac vice*)
ehenn@cov.com
Lindsey Barnhart (*pro hac vice*)
lbarnhart@cov.com
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Tel: (650) 632-4700
*Attorneys for Defendants Aristocrat Technologies, Inc., Aristocrat Leisure Limited, and Big Fish Games, Inc.*

9
10
11
12
13
14
15
16

ORRICK HERRINGTON & SUTCLIFFE LLP

By: *s/  Mark Parris*
Mark Parris (Bar No. 13870)
mparris@orrick.com
Paul F. Rugani (Bar No. 38664)
prugani@orrick.com
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 839-4320
*Attorneys for Defendants Aristocrat Technologies, Inc., Aristocrat Leisure Limited, Big Fish Games, Inc. and Churchill Downs Inc.*

17
18
19
20
21
22
23
24
25
26
27

Stipulated Motion and [Proposed] Order
Nos. 15-CV-612 AND 19-CV-199- 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

## II. PROPOSED ORDER

This case is STAYED for all purposes through July 23, 2020.

IT IS SO ORDERED.

DATED this _____ day of June, 2020.

_____
Honorable Ronald B. Leighton
United States District Judge

4815-5158-4447, v. 1

Stipulated Motion and [Proposed] Order
Nos. 15-CV-612 AND 19-CV-199- 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992