**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 15-cv-00612-RSL<br><br>**DECLARATION OF TODD LOGAN**<br><br>Noting Date: September 25, 2020 |

DECLARATION OF TODD LOGAN
NO. 15-CV-612

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

1. I am an attorney at Edelson PC, which has been retained to represent Plaintiffs in the above-captioned matter. I am entering this declaration in support of Plaintiffs' Motion to Compel Nonparty Amazon.com, Inc. To Produce Documents.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. I have personal knowledge indicating that the vast majority of Settlement Class Members have never provided their contact information to Defendants, and instead have played Defendants' social casinos anonymously, meaning that Defendants are unable to furnish a useful Class List.

4. I have reached agreements with outside counsel for both Apple and Google, under which those nonparties will produce all information they possess necessary to create the Class List.

5. Beginning at least as early as July 27, 2020, I began meeting and conferring with outside counsel for Amazon in an effort to persuade Amazon to informally produce the information necessary to compile a class list.

6. After my extensive meet and confer efforts, Amazon: (1) refused to agree to produce class member contact information to the Claims Administrator such that the Claims Administrator could send notice; (2) insisted that it be allowed to send its own notice; and (3) refused to produce Class Member in-app spending data (other than, on a per-request basis, for Class Members who have previously filed claims).

7. After my meet and confer efforts with Amazon failed, Plaintiffs formally subpoenaed Amazon for Class Member contact information and spending amounts.

8. Amazon's objections to Plaintiffs' September 1, 2020 subpoena are due September 15, 2020, but Amazon's counsel has indicated to me that Amazon "plan[s] on standing on [its] objections."

DECLARATION OF TODD LOGAN
NO. 15-CV-612 - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

9. Google has requested to be reimbursed **$125**—presumably a single hour's work for a single employee—in each of two related cases, for its efforts complying with substantially similar subpoenas in those cases.

10. The Court has ordered notice of this settlement to be sent out on October 5, 2020. The settlement administrator needs to possess Amazon's information at least a few days in advance of the notice date to ensure that the data is appropriately formatted and to print all physical notices.

11. Attached hereto as Exhibit 1 is a true and accurate copy of the September 2, 2020 email from Molly Tullman to me, among other recipients.

12. Attached hereto as Exhibit 2 is a true and accurate copy of Plaintiffs' August 19, 2020 subpoena.

13. Attached hereto as Exhibit 3 is a true and accurate copy of Plaintiffs' September 1, 2020 subpoena.

14. Attached hereto as Exhibit 4 is a true and accurate copy of Amazon's objections to Plaintiffs' September 1, 2020 subpoena.

15. Attached hereto as Exhibit 5 is a true and accurate copy of the September 3, 2020 email from Molly Tullman to me, among other recipients.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2020 at San Francisco, California.

/s/ Todd Logan

DECLARATION OF TODD LOGAN
NO. 15-CV-612 - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992