Jeffrey E. Fleming
P.O. Box 20333
Reno, NV. 89515-0333
Phone | (925)339-9111
Email: jeffreyefleming1960@gmail.com

___FILED
___LODGED  MAIL
___RECEIVED

SEP 21 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

COURT COPY

# UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON
## JURISDICTION

| | |
|---|---|
| PLAINTIFF'S NAME,<br><br>Cheryl Kater, Suzie Kelly,<br><br>vs.<br><br>DEFENDANT'S NAME,<br><br>Churchill Downs Inc., and Big Fish Games, Inc. | Case No.: 15-cv-00612-~~RBL~~ RSL<br><br>MOTION TO CEASE AND DESIST |

Mr. Fleming is seeking a Cease and Desist order for the plaintiffs and their attorneys to not contact Mr. Fleming again for any reason. Unless a criminal act was commited , Mr. Fleming is not interested in participating, being involved, or have anything to do with this lawsuit. This is not Mr. Flemings complaint, nor does he want to be involved with this lawsuit. This is the plaintiff's complaint, not Mr. Flemings.

Dated this 17th day of September, 2020.

_____
Jeffrey E. Fleming
09/17/2020

MOTION TO CEASE AND DESIST - 1

# FedEx Express

**ORIGIN ID:RNOA** (925) 339-9111
JEFF FLEMMING
1000 HARVARD WAY #33
RENO, NV 89502
UNITED STATES US

**SHIP DATE:** 17SEP20
**ACTWGT:** 0.20 LB
**CAD:** 6992346/SSF02110

**BILL CREDIT CARD**

**TO** UNITED STATES DISTRICT COURT
FOR THE WESTERN DIST-OF-WASHINGTON
700 STEWART ST SUITE 2310
SEATTLE WA 98101

**REF:**
**DEPT:**

FILED
SEP 21 2020

TRK# 0201  3969 4012 4312

**FRI – 18 SEP 10:30A**
**PRIORITY OVERNIGHT**

**WV BFIA**

98101
WA-US  SEA

02:29:44  04/10/20  BM#8