Jeffrey E. Fleming
P.O. Box 20333
Reno, NV. 89515-0333
Phone | (925)339-9111
Jeffreyefleming1960@gmail.com

COURT COPY

FILED ___ LOGED ___ RECEIVED ___ MAIL

SEP 21 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRECR OF WASHINGTON

JURISDICTION

PLAINTIFF'S NAME,

    Cheryl Kater, Suzie Kelly,

vs.

DEFENDANT'S NAME,

    Churchill Downs Inc., and Big Fish Games, Inc.

Case No.: 15-cv-00612-~~RBL~~ RSL

MOTION TO QUASH

This motion to quash is being filed by Mr. Jeffrey E. Fleming.

Mr. Fleming is not a part of, nor wants to be a part of this lawsuit. Mr. Fleming does not know the plaintiffs, does not remember even talking to, or conversing with the plaintiffs, and the plaintiffs have no business having access to my account.

Mr. Fleming request this Motion to Quash be granted for the reasons of invasion of privacy.

Dated this 17th of September, 2020.

_____
Jeffrey E. Fleming
09/17/2020

MOTION TO QUASH - 1

C15-612 RSL

Hello,

Google has received a subpoena for information related to your Google account. This email serves as notice to you that Google may produce information in response to the subpoenas unless you make a formal objection in court, as described below.

The subpoena was issued by the Plaintiffs in a class-action lawsuit entitled *CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated v. CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation*, United States District Court for the Western District of Washington, 15-cv-00612-RBL. Google is not a party to this litigation. The subpoena generally seeks contact information for purposes of identifying class members and administering a settlement. Note that you may also receive separate notices from the parties involved in this settlement.

Specifically, Google may produce the contact information associated with your Google account used to make purchases for the game Apps entitled Jackpot Magic Slots, Epic Diamond Slots, and Big Fish Casino.

**UNLESS YOU PROVIDE GOOGLE WITH A FILE-STAMPED COPY OF A MOTION TO QUASH OR ANOTHER TYPE OF FORMAL OBJECTION FILED WITH THE COURT BY 10 A.M. PACIFIC TIME ON SEPTEMBER 22, 2020, GOOGLE MAY PRODUCE INFORMATION ASSOCIATED WITH YOUR GOOGLE ACCOUNT TO THE PLAINTIFFS PURSUANT TO THEIR SUBPOENA.**

**To make sure that we receive a copy of what you filed with the court, please attach it in reply to this email. Please also include in your reply our Google Internal Reference No. 3935575.**

Unfortunately, Google cannot give you legal advice about this matter or what to do here. If you have questions about the subpoena, you can contact an attorney or the attorney who served the subpoena at:

Todd Logan
Edelson PC
tlogan@edelson.com
415-638-9660

___ FILED
___ LODGED   **MAIL**
___ RECEIVED

SEP 21 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Regards,

Google Legal Investigations Support
Google Internal Ref. No. 3935575

IF YOU WOULD, COULD YOU PLEASE EMAIL ME A STAMPED COPY TO FORWARD TO GOOGLE ON TIME THANK YOU VERY MUCH. MR. FLEMING

JEFFREYEFLEMING1960@GMAIL.COM



FedEx Express

ORIGIN ID:RNOA (925) 339-9111
JEFF FLEMMING
1000 HARVARD WAY #33

RENO, NV 89502
UNITED STATES US

TO UNITED STATES DISTRICT COURT
FOR THE WESTERN DIST OF WASHINGTON
700 STEWART ST SUITE 2310

SEATTLE WA 98101

REF:
DEPT:

SHIP DATE: 17SEP20
ACTWGT: 0.20 LB
CAD: 6992346/SSFO2110

BILL CREDIT CARD


FILED
SEP 21 2020

TRK# 0201 3969 4012 4312

FRI — 18 SEP 10:30A
PRIORITY OVERNIGHT

98101
WA-US SEA

WV BFIA

FedEx Express
J202020071401uv

02:29:44 04/10/20 BM#8