The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 15-cv-00612-RSL |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>*Defendants*. | No. 19-cv-00199-RSL<br><br>**ORDER GRANTING MOTIONS TO SEAL** |

ORDER GRANTING MOTIONS TO SEAL
CASE NOS. 15-CV-612, 19-CV-199 - i

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

**ORDER**

THIS MATTER came before the Court upon Plaintiffs' Motions to Seal pursuant to LCR 5(g). The Court has reviewed the submissions and ORDERS, ADJUDGES, and DECREES that the Motions are GRANTED. Plaintiffs' motions for emergency injunction, the proposed orders, and the supporting declarations, which have been filed in the above-captioned matters under seal in their entirety, shall remain under seal.

**IT IS SO ORDERED.**

DATED this 30th day of September, 2020.

*/s/ M S Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTIONS TO SEAL
CASE NOS. 15-CV-612, 19-CV-199 - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992