**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation. <br><br> *Defendants*. | No. 15-cv-00612-RSL |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, <br><br> *Defendants*. | No. 19-cv-00199-RSL <br><br> **EMERGENCY INJUNCTION** |

EMERGENCY INJUNCTION
CASE NOS. 15-CV-612, 19-CV-199 - i

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1  This matter came before the Court upon Plaintiffs' Unopposed Motions for Emergency
2  Injunction Pursuant to 28 U.S.C. § 1651. Having considered the motion, the Court GRANTS the
3  motions and ORDERS as follows:
4  By October 2, 2020 at 5:00 p.m. PDT, VeriSign shall:
5      a.    Disable the Challenged Domain Name, through a registry hold, making it
6            inactive; and
7      b.    Impose a registry lock on the Challenged Domain Name to prevent any
8            modifications or transfer of the Challenged Domain Name during the
9            pendency of this litigation.

**IT IS SO ORDERED.**

DATED this 30th day of September, 2020.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

EMERGENCY INJUNCTION
CASE NOS. 15-CV-612, 19-CV-199 - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992