1

2                                                    The Honorable Robert S. Lasnik

3

4

5                          **UNITED STATES DISTRICT COURT**
                         **WESTERN DISTRICT OF WASHINGTON**
6                                   **AT SEATTLE**

7   CHERYL KATER and SUZIE KELLY,              No. 15-cv-00612-RSL

8   individually and on behalf of all others similarly
                                               **NOTICE RE: CLASS NOTICE PLAN**
9   situated,

10              *Plaintiffs*,

11        *v.*

12  CHURCHILL DOWNS INCORPORATED, a
13  Kentucky corporation, and BIG FISH GAMES,
    INC., a Washington corporation.
14

15              *Defendants*.

16  MANASA THIMMEGOWDA, individually and     No. 19-cv-00199-RSL
    on behalf of all others similarly situated,
17                                              **NOTICE RE: CLASS NOTICE PLAN**

18              *Plaintiffs*,

19        *v.*

20  BIG FISH GAMES, INC., a Washington
21  corporation; ARISTOCRAT TECHNOLOGIES
    INC., a Nevada corporation; ARISTOCRAT
22  LEISURE LIMITED, an Australian corporation;
    and CHURCHILL DOWNS INCORPORATED,
23  a Kentucky corporation,
24

25              *Defendants*.

26

27

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>PLAYTIKA LTD, an Israeli limited company, and CAESARS INTERACTIVE ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>*Defendants*. | No. 18-cv-5277-RSL<br><br>**NOTICE RE: CLASS NOTICE PLAN** |
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>HUUUGE, INC., a Delaware corporation,<br><br>*Defendant.* | No. 18-cv-05276-RSL<br><br>**NOTICE RE: CLASS NOTICE PLAN** |

NOTICE RE: CLASS NOTICE PLAN
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - ii

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

**NOTICE**

On October 5, 2020, the Court granted Plaintiffs' unopposed motions continuing settlement deadlines by 35 days and setting a Notice Date of November 9, 2020. Since then, Plaintiffs and the Settlement Administrators have obtained the vast majority of data necessary to effectuate the Notice Plans in the above-captioned cases. Using that data, the Settlement Administrators will—absent an order from the Court directing otherwise—begin effectuating the Notice Plans, pursuant to the Court's orders, on November 9, 2020. The purpose of this Notice is to apprise the Court of two minor issues that are, at present, holding up *completion* of the Notice Plans. The two issues are as follows:

*First,* the parties in *Kater* are awaiting a decision on Plaintiffs' Motion to Compel Nonparty Amazon.com, Inc. to Produce Documents. (Dkt. 224.) Amazon has agreed, through its counsel, that the Court's decision in *Kater* will govern its production obligations in *Wilson v. Playtika* and *Wilson v. Huuuge*. Promptly upon the issuance of the Court's order resolving Plaintiffs' motion, Plaintiffs in each case will propose to the Court an appropriate method of completing the notice program for Amazon customers.

*Second*, the Parties in *Wilson v. Huuuge* are still awaiting a data production from Apple to the Settlement Administrator, slated to occur on November 14, 2020. Promptly upon production of that data, Plaintiff will advise the Court of any further developments related to timely completing the notice program for Apple customers.

To be clear, the vast majority (*i.e.*, more than 90%) of direct notices are scheduled to be disseminated on or immediately after November 9, 2020. In addition, Plaintiff and the Settlement Administrators are scheduled to commence the digital notice program on November 9, 2020, and have already established live Settlement Websites. The two issues identified in this notice are estimated to impact less than 10% of the direct class notices, and Plaintiffs anticipate—upon the Court's entry of an order in *Kater* and Apple's production of data in *Wilson v. Huuuge*— promptly completing all direct notice programs without incident.

NOTICE RE: CLASS NOTICE PLAN
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1  DATED this 6th day of November, 2020.

2

3                                             Respectfully submitted,

4                                             **SUZIE KELLY, CHERYL KATER, MANASA**
5                                             **THIMMEGOWDA, and SEAN WILSON,**
                                              individually and on behalf of all others similarly
6                                             situated,

7                                             By:  /s/ Todd Logan

8
                                              Rafey Balabanian (*admitted pro hac vice*)
9                                             rbalabanian@edelson.com
                                              Todd Logan (*admitted pro hac vice*)
10                                            tlogan@edelson.com
                                              Brandt Silver-Korn (*admitted pro hac vice*)
11                                            bsilverkorn@edelson.com
                                              Edelson PC
12                                            123 Townsend Street, Ste. 100
13                                            San Francisco, California 94107
                                              Tel: 415.638.9660
14
                                              By:  /s/ Cecily C. Shiel
15

16                                            TOUSLEY BRAIN STEPHENS PLLC
                                              Cecily C. Shiel, WSBA #50061
17                                            cshiel@tousley.com
                                              1700 Seventh Avenue, Suite 2200
18                                            Seattle, Washington 98101-4416
                                              Tel: 206.682.5600
19

20                                            *Plaintiffs' Attorneys and Class Counsel*

21

22

23

24

25

26

27

NOTICE RE: CLASS NOTICE PLAN
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600  •  Fax: 206.682.2992