**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 15-cv-00612-RSL<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL NONPARTY AMAZON.COM, INC. TO PRODUCE DOCUMENTS** |

**Order**

This matter comes before the Court on "Plaintiffs' Motion to Compel Nonparty Amazon.com, Inc. to Produce Documents." Dkt. # 224.[1] The motion is **GRANTED**. The Court has already approved the forms and methods of class notice and established the procedures by which class members will be identified and compensated out of the settlement fund. While Amazon is free to communicate with its customers regarding receipt of the subpoena so that they would have an opportunity to object,[2] its proposed communication is not a sufficient substitute for the detailed email notification approved by the Court or the pages of information to be posted on the settlement website. Amazon's procedural objections to the motion are also overruled. Amazon shall complete production of documents responsive to plaintiffs' subpoena, attached as Exhibit 3 to the motion, by noon on Wednesday, November 18, 2020.

**IT IS SO ORDERED**

Dated this 16th day of November, 2020.

Robert S. Lasnik
United States District Judge

---

[1] The motion may be decided on the papers submitted. Plaintiffs' request for oral argument is DENIED.

[2] For example, Google sent its customers an email notifying them that it had received a subpoena for information related to their Google accounts and that it would produce the requested information unless the customer interposed a formal objection before the production deadline. Dkt. # 229 at 2.

ORDER GRANTING MOTION TO COMPEL
NO. 15-CV-612 - 1