The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 15-cv-00612-RSL<br><br>**DECLARATION OF MANASA THIMMEGOWDA IN SUPPORT OF REQUEST FOR CLASS REPRESENTATIVE INCENTIVE AWARD** |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>*Defendants*. | No. 19-cv-00199-RSL<br><br>**DECLARATION OF MANASA THIMMEGOWDA IN SUPPORT OF REQUEST FOR CLASS REPRESENTATIVE INCENTIVE AWARD** |

Declaration of Manasa Thimmegowda
CASE NOS. 15-CV-612, 19-CV-199 - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

Pursuant to 28 U.S.C. § 1746, I, Manasa Thimmegowda, declare as follows:

1. I am a citizen of the state of Florida and I am one of the three Class Representatives in the above-referenced lawsuits.

2. I am submitting this declaration in support of my request for a $10,000 incentive award. I understand that under the Settlement, the Class Representatives are permitted to seek incentive awards. I understand that the Court will have to approve any incentive awards, that there is no assurance that I will receive an incentive payment, and that the Court may approve of the Settlement but deny any incentive awards.

3. For nearly three years, I have actively represented the Class.

4. I have made substantial personal sacrifices for the benefit of the Class. For example, as a result of my participation in this litigation, now anyone who Googles my name will see pages and pages of websites talking about my involvement in this lawsuit.

5. Over the years, I have spent dozens of hours fulfilling my role as a class representative. For example:

- I have remained in regular communication with my attorneys, including exchanging emails, participating in phone calls, timely responding to requests for information, and reviewing and signing papers.
- I worked with my attorneys to answer Defendants' written discovery, and provided documents in my possession to aid my attorneys in the prosecution of the case. In doing so, I searched for relevant case documents, including emails and other documents, and provided this information to my attorneys.
- I closely reviewed the terms of the Settlement, discussed it with my attorneys, and signed it. I approved the Settlement because I believe it is fair and in the best interests of the Class.

6. All of the time I have contributed toward the successful prosecution of this case came at the expense of time I could have spent working or being with friends or family.

Declaration of Manasa Thimmegowda
CASE NOS. 15-CV-612, 19-CV-199 - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed on this 10th day of December, 2020 in Florida.

/s/ *[signature]*
12/10/2020

Declaration of Manasa Thimmegowda
CASE NOS. 15-CV-612, 19-CV-199 - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992