The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>Defendants. | No. 15-cv-00612-RSL<br><br>**PLAINITFFS' UNOPPOSED MOTION TO SEAL**<br><br>Noting Date: February 4, 2021 |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>Defendants. | No. 19-cv-00199-RSL<br><br>**PLAINITFF'S UNOPPOSED MOTION TO SEAL**<br><br>Noting Date: February 4, 2021 |

PLS' UNOPPOSED MTN TO SEAL
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - i

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>PLAYTIKA LTD, an Israeli limited company, and CAESARS INTERACTIVE ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>    *Defendants*. | No. 18-cv-05277-RSL<br><br>**PLAINITFF'S UNOPPOSED MOTION TO SEAL**<br><br>Noting Date: February 4, 2021 |
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>HUUUGE, INC., a Delaware corporation,<br><br>    *Defendant*. | No. 18-cv-05276-RSL<br><br>**PLAINITFF'S UNOPPOSED MOTION TO SEAL**<br><br>Noting Date: February 4, 2021 |

1   Pursuant to Civil Local Rule 5(g) and the protective orders at Dkt. 214 (*Kater*), Dkt. 167
2   (*Thimmegowda*), Dkt. 58 (*Playtika*), and Dkt. 113 (*Huuuge*), Plaintiffs respectfully move for
3   leave to file under seal limited portions of (1) Plaintiffs' Reply in support of Final Approval (the
4   "Reply"), and (2) the Declaration of Todd Logan filed in support of Plaintiffs' Reply in support
5   of Final Approval (the "Logan Declaration") that contain or reflect information Defendants have
6   designated as "Confidential."[1]

7   The Reply and Logan Decl. contain revenue-related information designated as
8   "Confidential" by Defendants. None of the Defendants have agreed to remove the designation.

9   For the foregoing reason, Plaintiffs respectfully request leave to file under seal limited
10  portions of the Reply and the Logan Declaration.[2]

12  DATED this 4th day of February, 2021.

14  Respectfully submitted,

15  **CLASS COUNSEL**

16  By: /s/ Todd Logan

17  Rafey S. Balabanian*
18  rbalabanian@edelson.com
    Todd Logan*
19  tlogan@edelson.com
    Brandt Silver-Korn*
20  bsilverkorn@edelson.com
21  EDELSON PC
    123 Townsend Street, Suite 100
22  San Francisco, California 94107

---

[1] In compliance with LCR 5(g)(3)(A), Plaintiffs' counsel has conferred with Defendants in an attempt to reach agreement on the need to file the document under seal, to minimize the amount of material filed under seal, and to explore redaction and other alternatives to filing under seal. Specifically, the undersigned counsel met and conferred by telephone on February 3, 2021, with Matthew Verdin (for Defendants in *Kater* and *Thimmegowda*), Behn Dayanim (for Defendants in *Playtika*) and Cyrus Ansari (for Defendant in *Huuuge*).

[2] In accordance with LCR 5(g), Plaintiffs have publicly filed partially-redacted versions of the Reply and Logan Decl.

PLS' UNOPPOSED MTN TO SEAL
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - 1

EDELSON PC
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  

Tel: 415.212.9300/Fax: 415.373.9435  
*Class Counsel*

By: /s/ Alexander G. Tievsky

Jay Edelson*  
jedelson@edelson.com  
Alexander G. Tievsky, WSBA #57125  
atievsky@edelson.com  
EDELSON PC  
350 N LaSalle Street, 14th Floor  
Chicago, IL 60654  
Tel: 312.589.6370/Fax: 312.589.6378  
*Class Counsel*

By: /s/ Cecily C. Shiel  
Cecily C. Shiel, WSBA #50061  
cshiel@tousley.com  
TOUSLEY BRAIN STEPHENS PLLC  
1700 Seventh Avenue, Suite 2200  
Seattle, Washington 98101-4416  
Tel: 206.682.5600  
*Plaintiffs' counsel*

*Admitted *pro hac vice*

PLS' UNOPPOSED MTN TO SEAL  
CASE NOS. 15-CV-612, 19-CV-199,  
18-CV-5276, & 18-CV-5277 - 2

EDELSON PC  
350 N LaSalle Street, 14th Floor, Chicago, IL 60654  
Tel: 312 589 6370 • Fax: 312 589 6378

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2021

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

PLS' UNOPPOSED MTN TO SEAL
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - 1

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378